### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| LINDA K. GOODYEAR | CIVIL ACTION NO. 07-0249 |
| VERSUS | JUDGE MELANÇON |
| DAUTERIVE HOSPITAL OF NEW IBERIA, LOUISIANA | MAGISTRATE JUDGE METHVIN |

### ORDER

Before the Court is the plaintiff's Motion for Reconsideration Regarding Plaintiff's Motion to Extend Discovery [Rec. Doc. 31]. Having considered the motion and the record before the Court, it is

**ORDERED** that plaintiff's Motion [Rec. Doc. 31] is **GRANTED** only with respect to the written discovery propounded on November 19, 2007 and the three previously noticed depositions referred to in the motion. Plaintiff is granted sixty (60) days from the date of this order to complete the limited discovery allowed by this order. Counsel for the parties are advised that no further extensions of this deadline will be granted. If the need should arise, the Court fully expects counsel for the parties to utilize the tools provided in the Federal Rules of Civil Procedure to ensure timely compliance with this deadline.

**IT IS FURTHER ORDERED** that no other deadline set forth in the Court's July 5, 2007 Scheduling Order [Rec. Doc. 21] is affected by this order.

**THUS DONE AND SIGNED** this 3rd day of January, 2008 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE